| | | |
|---|---|---|
| **AO 10** Rev. 1/2011 | **FINANCIAL DISCLOSURE REPORT** <br> **FOR CALENDAR YEAR 2010** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) <br><br> WOOD, KIMBA M. | 2. Court or Organization <br><br> U.S. District Court, SDNY | 3. Date of Report <br><br> 5/11/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> U.S. District Judge (senior) | 5a. Report Type (check appropriate type) <br> ☐ Nomination,    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐   Amended Report | 6. Reporting Period <br><br> 01/01/2010 <br> to <br> 12/31/2010 |
| 7. Chambers or Office Address <br><br> 500 Pearl Street <br> New York, N.Y. 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Board Member | New York City Ballet, Inc. |
| 2.   Board Member | CEELI Institute |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Wood, Kimba M.**

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, KIMBA M. | 5/11/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010* | Rockefeller Brothers Fund - Committee Fees |
| 2. | 2010* | Sonic Corp. - various Board & Committee Fees |
| 3. | 2010* | Vestar, Harding Service, Blackstone, Irving Place Capital - Fee Income |
| 4. | *(various) | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, KIMBA M. | 5/11/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Line of Credit | P1 |
| 2. | Vestar | Loans | K |
| 3. | Citibank | Rental Property Mortgage | N |
| 4. | American Express | Credit Card | J |
| 5. | ENM, Inc. | Escrow Account | None |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, KIMBA M. | 5/11/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  See attached | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 1 EXXON CORP COMMON STOCK | B | DIVIDEND | L | T | | | | | |
| 2 CREST FUND LP (IRA/ROTH IRA)<br>(SEE NOTE 1 IN SECTION VIII) | E | K-DISTR | P1 | T | | | | | |
| 3 GOLDMAN SACHS BANK DEPOSIT/CASH #1 | A | INTEREST | K | T | | | | | |
| 4 BLACKROCK INC COMMON STOCK | A | DIVIDEND | K | T | | | | | |
| 5 DEVON ENERGY CORP COMMON STOCK | A | DIVIDEND | | | SOLD | 5/7 | J | A | |
| 6 SONIC COMMON STOCK | | NONE | K | T | | | | | |
| 7 WALGREEN CO COMMON STOCK | A | DIVIDEND | K | T | | | | | |
| 8 BIF TAX-EXEMPT FUND<br>(FKA CMA TAX EXEMPT FUND - ML #1) | A | DIVIDEND | L | T | | | | | |
| ADDITIONAL COMMON STOCKS/MUTUAL FNDS (LINES 9-80 )<br>9 ABBOTT LABORATORIES | E | DIVIDEND | O | T | PARTIAL SALE | 10/25 | K | C | |
| 10 ACCENTURE LTD | B | DIVIDEND | M | T | | | | | |
| 11 AMERICAN EXPRESS | A | DIVIDEND | L | T | PURCHASE | 10/4 | L | | |
| 12 AMERICA MOVIL | E | DIVIDEND | P1 | T | PARTIAL SALE | 3/31 | M | G | |
| 13 | | | | | PARTIAL SALE | 10/21 | L | F | |
| 14 AMGEN | | NONE | K | T | PURCHASE | 1/21 | K | | |
| 15 ANADARKO PETROLEUM CORP | A | DIVIDEND | L | T | PURCHASE | 5/6 | K | | |
| 16 | | | | | PARTIAL SALE | 5/28 | J | A | |
| 17 | | | | | PARTIAL SALE | 6/4 | K | A | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 18 | | | | | PARTIAL SALE | 6/14 | K | | |
| 19 FLY LEASING (FKA BABCOCK & BROWN) | C | DIVIDEND | L | T | PURCHASE | 10/4 | K | | |
| 20 BANK OF AMERICA | A | DIVIDEND | | | PARTIAL SALE | 5/24 | K | D | |
| 21 | | | | | SOLD | 5/26 | K | D | |
| 22 BERKSHIRE HATHAWAY | | NONE | N | T | | | | | |
| 23 BHP BILLITON LTD | | NONE | | | SOLD | 2/1 | L | D | |
| 24 BLACKROCK INC | E | DIVIDEND | O | T | PARTIAL SALE | 3/31 | N | G | |
| 25 BOEING | | NONE | | | PURCHASE | 8/27 | K | | |
| 26 | | | | | PARTIAL SALE | 9/21 | J | A | |
| 27 | | | | | SOLD | 9/22 | J | A | |
| 28 CABOT OIL & GAS | A | DIVIDEND | M | T | | | | | |
| 29 CARPENTER TECHNOLOGY | A | DIVIDEND | L | T | | | | | |
| 30 CONOCOPHILLIPS | C | DIVIDEND | M | T | | | | | |
| 31 CONSTELLATION BRANDS | | NONE | M | T | | | | | |
| 32 COVANTA HLDG CORP | | NONE | L | T | PURCHASE | 10/4 | L | | |
| 33 DEVON ENERGY CORPORATION | D | DIVIDEND | O | T | PARTIAL SALE | 3/31 | N | B | |
| 34 EQT CORP | A | DIVIDEND | K | T | | | | | |
| 35 EVERCORE PARTNERS | A | DIVIDEND | J | T | | | | | |
| 36 INTERNATIONAL BUSINESS MACHINES | C | DIVIDEND | M | T | PURCHASE | 1/21 | J | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 37 INTERNATIONAL PAPER CO | B | DIVIDEND | L | T | | | | | |
| 38 JOHNSON & JOHNSON | E | DIVIDEND | P1 | T | PARTIAL SALE | 10/21 | M | F | |
| 39 KROGER COMPANY | B | DIVIDEND | L | T | PARTIAL SALE | 5/11 | K | B | |
| 40 | | | | | PARTIAL SALE | 5/21 | J | A | |
| 41 MARKET VECTORS GOLD MINER ETF | C | DIVIDEND | N | T | | | | | |
| 42 MCDONALDS | A | DIVIDEND | K | T | | | | | |
| 43 OCCIDENTAL PETE CORP | C | DIVIDEND | M | T | | | | | |
| 44 ORACLE CORP | A | DIVIDEND | M | T | PURCHASE | 10/4 | K | | |
| 45 PACKAGING CORP | B | DIVIDEND | L | T | | | | | |
| 46 PEPSICO | E | DIVIDEND | O | T | PARTIAL SALE | 10/21 | L | D | |
| 47 PFIZER INC | B | DIVIDEND | L | T | PURCHASE | 10/4 | K | | |
| 48 | | | | | PURCHASE | 10/25 | K | | |
| 49 PIONEER NATURAL RESOURCES | A | DIVIDEND | N | T | PARTIAL SALE | 6/17 | J | C | |
| 50 | | | | | PARTIAL SALE | 7/7 | K | E | |
| 51 ALTRIA GROUP - IRA ACCOUNT | B | DIVIDEND | K | T | | | | | |
| 52 BLACKROCK INTL GRWTH & INC TR - IRA ACCOUNT | | NONE | K | T | PURCHASE | 12/28 | K | | |
| 53 BRIDGEPOINT EDUCATION INC - IRA ACCOUNT | | NONE | K | T | PURCHASE | 12/28 | K | | |
| 54 GUGGENHEIM BUILD AMER BONDS - IRA ACCOUNT | | NONE | K | T | PURCHASE | 12/27 | K | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 55 KRAFT FOODS INC - IRA ACCOUNT | A | DIVIDEND | K | T | | | | | |
| 56 PHILIP MORRIS - IRA ACCOUNT | C | DIVIDEND | L | T | | | | | |
| 57 RALCORP HOLDINGS INC - IRA ACCOUNT | A | CIL | J | T | | | | | |
| 58 VANGUARD DIVIDEND APPRECIATION - IRA ACCOUNT | | NONE | K | T | PURCHASE | 12/28 | K | | |
| 59 REINSURANCE GROUP OF AMERICA | B | DIVIDEND | L | T | PARTIAL SALE | 9/7 | K | D | |
| 60 SMITHTOWN BANCORP | | NONE | | | TENDERED SHARES<br>(SEE LINE 61 BELOW) | 12/24 | K | | |
| 61 PEOPLES UNITED FINANCIAL INC | | NONE | | | RECEIVED AS PART OF TENDER<br>(SEE LINE 60 ABOVE) | 12/24 | J | | |
| 62 | | | | | SOLD | 12/27 | J | | |
| 63 SONIC CORP | | NONE | P2 | T | OPTION EXERCISE | 1/8 | L | | |
| 64 TRANSOCEAN LTD | | NONE | | | PURCHASE | 3/26 | L | | |
| 65 | | | | | SOLD | 4/6 | L | C | |
| 66 THE TRAVELERS COS | C | DIVIDEND | M | T | | | | | |
| 67 UNILEVER | C | DIVIDEND | L | T | PARTIAL SALE | 9/30 | K | C | |
| 68 | | | | | PARTIAL SALE | 10/1 | K | C | |
| 69 | | | | | PARTIAL SALE | 11/9 | J | C | |
| 70 UNITED CONTINENTAL HL | | NONE | L | T | PURCHASE | 10/4 | L | | |
| 71 UNITED PARCEL SERVICE | A | DIVIDEND | L | T | PURCHASE | 10/4 | L | | |
| 72 UNUM GROUP | B | DIVIDEND | M | T | | | | | |

| A.<br><br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br><br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 73 VIACOM | A | DIVIDEND | L | T | PURCHASE | 10/4 | L | | |
| 74 WALGREEN CO | D | DIVIDEND | O | T | PURCHASE | 6/21 | N | | |
| 75 WAL MART STORES | E | DIVIDEND | P1 | T | DONATED SOME SHARES<br>(SEE LINE 125 BELOW) | 4/12 | L | E | |
| 76 | | | | | PURCHASE | 10/4 | K | | |
| 77 WILLIS GROUP HOLDINGS | B | DIVIDEND | | | PARTIAL SALE | 1/21 | J | B | |
| 78 | | | | | PARTIAL SALE | 5/28 | K | D | |
| 79 | | | | | SOLD | 6/23 | K | D | |
| 80 XEROX | B | DIVIDEND | M | T | | | | | |
| MASTER LIMITED PARTNERSHIPS (LINES 81-100)<br>81 EAGLE ROCK ENERGY PTNRS<br>(SEE NOTE 1 IN SECTION VIII) | | NONE | M | T | PURCHASE | 6/17 | L | | |
| 82 | | | | | DISTRIBUTION | 8/13 | J | | |
| 83 | | | | | DISTRIBUTION | 11/12 | J | | |
| 84 ENERGY TRANS EQTY LP<br>(SEE NOTE 1 IN SECTION VIII) | | NONE | K | T | PURCHASE | 5/5 | K | | |
| 85 | | | | | DISTRIBUTION | 8/19 | J | | |
| 86 | | | | | DISTRIBUTION | 11/19 | J | | |
| 87 ENTERPRISE GP HOLDINGS/AKA ENTERPRISE PRODUCTS<br>(SEE NOTE 1 IN SECTION VIII) | | NONE | K | T | PURCHASE | 5/5 | K | | |
| 88 | | | | | DISTRIBUTION | 8/6 | J | | |
| 89 | | | | | DISTRIBUTION | 11/9 | J | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 90 MAGELLAN MIDSTREAM PARTNERS LP (SEE NOTE 1 IN SECTION VIII) | | NONE | K | T | PURCHASE | 5/5 | K | | |
| 91 | | | | | DISTRIBUTION | 8/13 | J | | |
| 92 | | | | | DISTRIBUTION | 11/12 | J | | |
| 93 MARKWEST ENERGY PARTNERS LP (SEE NOTE 1 IN SECTION VIII) | | NONE | K | T | PURCHASE | 5/5 | K | | |
| 94 | | | | | DISTRIBUTION | 8/13 | J | | |
| 95 | | | | | DISTRIBUTION | 11/12 | J | | |
| 96 REGENCY ENERGY PTNRS LP (SEE NOTE 1 IN SECTION VIII) | | NONE | M | T | PURCHASE | 5/5 | K | | |
| 97 | | | | | PURCHASE | 8/11 | L | | |
| 98 | | | | | DISTRIBUTION | 8/13 | J | | |
| 99 | | | | | DISTRIBUTION | 11/12 | J | | |
| 100 WESTERN GAS PARTNERS (SEE NOTE 1 IN SECTION VIII) | | NONE | K | T | PURCHASE | 11/11 | K | | |
| CASH/ S/T INVESTMENTS/MONEY MARKET ACCOUNTS (LINES 101-120): | | | | | | | | | |
| 101 JPMORGAN MONEY MKT #1 | A | DIVIDEND | | | ACCOUNT CLOSED | 11/24 | K | | |
| 102 GOLDMAN SACHS FINANCIAL SQUARE MM/CASH | A | INT/DIV | L | T | | | | | |
| 103 GOLDMAN SACHS BANK DEPOSIT/CASH #2 | A | INTEREST | J | T | | | | | |
| 104 CITIBANK CHECKING ACCOUNT - FOUNDATION | | NONE | J | T | | | | | |
| 105 CITIBANK INTEREST CHECKING ACCOUNT #1 | A | INTEREST | J | T | | | | | |
| 106 MORGAN STANLEY BANK/TRUST DEPOSITS #1 (FKA MORGAN STANLEY BANK/TRUST DEPOSITS) | A | INTEREST | N | T | | | | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 107 CITIBANK CHECKING ACCOUNT | | NONE | L | T | | | | | |
| 108 CITIBANK ASSET ACCOUNT | | NONE | K | T | | | | | |
| 109 CITIBANK MONEY MARKET PLUS | D | INTEREST | P1 | T | | | | | |
| 110 CITIBANK INTEREST CHECKING ACCOUNT # 2 | A | INTEREST | J | T | | | | | |
| 111 STATE STREET INST LIQUID RESERVES MM/CASH | A | DIVIDEND | L | T | | | | | |
| 112 BARCLAYS CASH<br>(SEE NOTE 16 IN SECTION VIII) | A | INTEREST | J | T | | | | | |
| 113 BLACKROCK MONEY MARKET/PNC CASH | A | DIVIDEND | | | ACCOUNT CLOSED | 1/29 | J | | |
| 114 UBS BANK USA DEPOSIT ACCOUNT | A | INTEREST | K | T | | | | | |
| 115 WESTERN ASSET/CITI INST US TREASURY MONEY FUND | A | INTEREST | | | ACCOUNT CLOSED | 2/1 | P1 | | |
| 116 CGMI BANK DEPOSIT PROGRAM | D | INTEREST | P1 | T | ACCOUNT OPENED | 2/1 | P1 | | |
| 117 MORGAN STANLEY BANK/TRUST DEPOSITS #2 | A | INTEREST | L | T | ACCOUNT OPENED | 5/5 | L | | |
| 118 MORGAN STANLEY BANK/TRUST DEPOSITS #3 | A | INTEREST | M | T | ACCOUNT OPENED | 12/22 | M | | |
| 119 MORGAN STANLEY BANK/TRUST DEPOSITS #4 | A | INTEREST | J | T | ACCOUNT OPENED | 11/24 | K | | |
| 120 OCA WESLEY MORTGAGE REIT | F | K-1 DISTR/<br>INTEREST | P1 | T | ACCOUNT OPENED | 7/29 | O | | |

FOUNDATION INVESTMENTS (LINES 121-295 )
FOUNDATION BROKERAGE ACCOUNT #1 (LINES 121-126 )
COMMON STOCKS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 121 ABBOTT LABORATORIES | | NONE | | | SOLD | 1/4 | L | A | |
| 122 DYERSBURG CORP | | NONE | | | DEEMED WORTHLESS | 7/1 | | | |
| 123 WAL MART STORES INC | | NONE | | | PARTIAL SALE | 1/15 | L | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 124 | | | | | SOLD | 3/4 | M | A | |
| 125 | | | | | RECEIVED DONATED SHARES<br>(SEE LINE 75 ABOVE) | 4/12 | L | | |
| 126 | | | | | SOLD | 4/12 | L | | |
| FOUNDATION BROKERAGE ACCOUNT #2<br>127 GOLDMAN SACHS BANK DEPOSIT/CASH #3 | | NONE | | | ACCOUNT CLOSED | 1/12 | J | | |
| FOUNDATION BROKERAGE ACCOUNT #3<br>128 SPRUCEGROVE NON US EQUITY LLC/CASH ACCOUNT | | NONE | | | ACCOUNT CLOSED | 1/5 | J | | |
| FOUNDATION BROKERAGE ACCOUNT #4 (LINES 129-295)<br>129 MORGAN STANLEY BANK/TRUST #1 (CASH/MM) | A | INTEREST | J | T | | | | | |
| 130 MORGAN STANLEY BANK/TRUST #2 (CASH/MM) | A | INTEREST | L | T | | | | | |
| COMMON STOCKS/FUNDS (LINES 131- 280 )<br>131 AERCAP HOLDINGS N.V. | | NONE | L | T | PURCHASE | 10/29 | L | | |
| 132 AFLAC INC | A | DIVIDEND | | | PURCHASE | 2/17 | J | | |
| 133 | | | | | SOLD | 8/3 | J | A | |
| 134 AMERICAN ELECTRIC POWER CO | A | DIVIDEND | | | PURCHASE | 2/17 | J | | |
| 135 | | | | | SOLD | 5/26 | J | | |
| 136 ANADARKO PETE | A | DIVIDEND | | | PURCHASE | 6/3 | K | | |
| 137 | | | | | SOLD | 10/29 | L | E | |
| 138 APOLLO INVESTMENT CORP | B | DIVIDEND | | | PURCHASE | 8/5 | K | | |
| 139 | | | | | SOLD | 12/22 | K | D | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 140 AUTOMATIC DATA PROCESSING INC | A | DIVIDEND | | | PURCHASE | 2/17 | J | | |
| 141 | | | | | SOLD | 5/26 | J | | |
| 142 BANK OF AMERICA | A | DIVIDEND | K | T | PURCHASE | 2/17 | J | | |
| 143 | | | | | PURCHASE | 3/3 | K | | |
| 144 BLACKROCK INTL GRWTH & INC TR | C | DIVIDEND | L | T | PURCHASE | 8/3 | K | | |
| 145 | | | | | PURCHASE | 10/19 | K | | |
| 146 BRIDGEPOINT EDUCATION INC | | NONE | L | T | PURCHASE | 11/15 | L | | |
| 147 | | | | | PURCHASE | 11/18 | K | | |
| 148 CDC SOFTWARE CORP | | NONE | K | T | PURCHASE | 4/8 | K | | |
| 149 CENTURYTEL INC | A | DIVIDEND | | | PURCHASE | 2/17 | J | | |
| 150 | | | | | SOLD | 5/14 | J | | |
| 151 CHEVRON CORP | A | DIVIDEND | | | PURCHASE | 2/17 | J | | |
| 152 | | | | | SOLD | 5/26 | J | A | |
| 153 CIT GROUP | | NONE | L | T | PURCHASE | 3/3 | K | | |
| 154 CONOCOPHILLIPS | A | DIVIDEND | | | PURCHASE | 2/17 | J | | |
| 155 | | | | | SOLD | 5/14 | J | A | |
| 156 DANAHER CORP | A | DIVIDEND | K | T | PURCHASE | 5/26 | K | | |
| 157 DEVON ENERGY CORP | A | DIVIDEND | K | T | PURCHASE | 10/20 | K | | |

| A.<br><br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 158 DEVRY INC | | NONE | | | PURCHASE | 10/15 | K | | |
| 159 | | | | | PURCHASE | 10/20 | J | | |
| 160 | | | | | PARTIAL SALE | 10/29 | K | C | |
| 161 | | | | | SOLD | 11/1 | K | B | |
| 162 ELI LILLY & CO | A | DIVIDEND | | | PURCHASE | 2/17 | J | | |
| 163 | | | | | SOLD | 5/14 | J | | |
| 164 EMERG MKT ENERGY TITANS INDX | | NONE | K | T | PURCHASE | 1/20 | K | | |
| 165 | | | | | PARTIAL SALE | 12/8 | K | B | |
| 166 EMERG MKT METAL & MINING TITAN | | NONE | K | T | PURCHASE | 1/20 | K | | |
| 167 | | | | | PARTIAL SALE | 12/8 | K | B | |
| 168 ENERGY SEL SECT SPDR FUND | A | DIVIDEND | | | SOLD | 6/3 | K | | |
| 169 ENTERGY CORP | A | DIVIDEND | | | PURCHASE | 2/17 | J | | |
| 170 | | | | | SOLD | 5/26 | J | | |
| 171 GOLDMAN SACHS GRP INC | A | DIVIDEND | | | PURCHASE | 4/20 | K | | |
| 172 | | | | | PARTIAL SALE | 8/24 | K | | |
| 173 | | | | | SOLD | 11/17 | K | A | |
| 174 GUGGENHEIM BUILD AMER BONDS | | NONE | K | T | PURCHASE | 12/17 | K | | |
| 175 HALLIBURTON CO | A | DIVIDEND | K | T | PURCHASE | 6/3 | K | | |
| 176 HEALTH CARE SEL SECT SPDR FD | A | DIVIDEND | | | PURCHASE | 1/20 | K | | |

| A. | B. | | C. | | D. | | | | |
| DESCRIPTION OF ASSETS | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 177 | | | | | PARTIAL SALE | 5/26 | J | | |
| 178 | | | | | SOLD | 7/19 | K | | |
| 179 HJ HEINZ CO | A | DIVIDEND | | | PURCHASE | 2/17 | J | | |
| 180 | | | | | SOLD | 10/15 | J | A | |
| 181 HONEYWELL INTERNATIONAL INC | A | DIVIDEND | K | T | PURCHASE | 2/17 | J | | |
| 182 | | | | | PURCHASE | 5/26 | K | | |
| 183 INTERNATIONAL BUSINESS MACHINES CORP | A | DIVIDEND | K | T | PURCHASE | 5/14 | K | | |
| 184 ISHARES BARCLAYS TIPS BD FUND | A | DIVIDEND | | | SOLD | 8/24 | K | A | |
| 185 ISHARES DJ US HEALTH INDEX | | NONE | | | SOLD | 3/5 | K | C | |
| 186 ISHARES IBOXX $ H/Y CORP BND | D | DIVIDEND | M | T | PARTIAL SALE | 11/19 | K | B | |
| 187 ISHARES JP MORGAN EM BOND FUND | C | DIVIDEND | K | T | PARTIAL SALE | 11/19 | J | A | |
| 188 ISHARES MSCI CANADA INDEX FUND | A | DIVIDEND | K | T | | | | | |
| 189 ISHARES MSCI PAC EX-JPN INDEX | B | DIVIDEND | K | T | | | | | |
| 190 ISHARES S&P 500 GROWTH INDEX | A | DIVIDEND | K | T | PARTIAL SALE | 5/26 | K | | |
| 191 ISHARES S&P 500 VALUE INDEX | A | DIVIDEND | K | T | | | | | |
| 192 ISHARES S&P MIDCAP 400 INDEX | A | DIVIDEND | K | T | | | | | |
| 193 ISHARES SP SMALL CAP 600 INDEX | A | DIVIDEND | K | T | PURCHASE | 5/27 | J | | |
| 194 ISHARES TR MSCI SMALL CAP | A | DIVIDEND | K | T | | | | | |

| A.<br><br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br><br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 195 JOHNSON & JOHNSON | A | DIVIDEND | | | PURCHASE | 2/17 | J | | |
| 196 | | | | | SOLD | 8/3 | J | | |
| 197 JPMORGAN CHASE | A | DIVIDEND | K | T | PURCHASE | 3/3 | K | | |
| 198 KIMBERLY CLARK CORP | A | DIVIDEND | | | PURCHASE | 2/17 | J | | |
| 199 | | | | | SOLD | 5/14 | J | A | |
| 200 KRAFT FOODS INC | A | DIVIDEND | K | T | PURCHASE | 5/27 | K | | |
| 201 LOCKHEED MARTIN CORP | A | DIVIDEND | | | PURCHASE | 2/17 | J | | |
| 202 | | | | | SOLD | 5/14 | J | A | |
| 203 LORILLARD INC | A | DIVIDEND | | | PURCHASE | 2/17 | J | | |
| 204 | | | | | SOLD | 5/14 | J | A | |
| 205 M&T BANK CONTINGENT NOTES PREFERRED STOCK | | NONE | | | PURCHASE | 10/7 | L | | |
| 206 | | | | | PARTIAL SALE | 11/1 | K | A | |
| 207 | | | | | SOLD | 11/8 | K | C | |
| 208 MARKET VECTORS AGRIBUS ETF | | NONE | | | SOLD | 6/3 | K | | |
| 209 MARKET VECTORS BRAZL SM-CAP | B | DIVIDEND | K | T | PURCHASE | 11/17 | K | | |
| 210 MARKET VECTORS RUSSIA ETF RUSS | A | DIVIDEND | K | T | PURCHASE | 1/20 | K | | |
| 211 | | | | | PARTIAL SALE | 5/26 | K | | |
| 212 MASTERCARD | A | DIVIDEND | K | T | PURCHASE | 5/26 | K | | |
| 213 MCDONALDS CORP | A | DIVIDEND | | | PURCHASE | 2/17 | J | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 214 | | | | | SOLD | 8/3 | J | A | |
| 215 MERCK & CO INC | A | DIVIDEND | | | PURCHASE | 2/17 | J | | |
| 216 | | | | | SOLD | 5/26 | J | | |
| 217 METLIFE INC | A | DIVIDEND | L | T | PURCHASE | 2/17 | J | | |
| 218 | | | | | PURCHASE | 3/3 | K | | |
| 219 NFJ DIVIDEND INT & PRE STRGY | B | DIVIDEND | K | T | PURCHASE | 2/17 | L | | |
| 220 | | | | | PURCHASE | 5/26 | K | | |
| 221 | | | | | PARTIAL SALE | 12/28 | K | D | |
| 222 NORFOLK SOUTHERN CORP | A | DIVIDEND | | | PURCHASE | 2/17 | J | | |
| 223 | | | | | SOLD | 10/15 | J | B | |
| 224 NUVEEN BUILD AMERICAN BOND FD | B | DIVIDEND | L | T | PURCHASE | 5/27 | K | | |
| 225 | | | | | PURCHASE | 11/19 | K | | |
| 226 | | | | | PURCHASE | 12/9 | K | | |
| 227 ORACLE CORP | A | DIVIDEND | L | T | PURCHASE | 5/27 | K | | |
| 228 PEPSICO INC | A | DIVIDEND | | | PURCHASE | 2/17 | J | | |
| 229 | | | | | SOLD | 5/26 | J | A | |
| 230 PFIZER INC | A | DIVIDEND | K | T | PURCHASE | 2/17 | J | | |
| 231 | | | | | PURCHASE | 5/26 | K | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 232 PHILIP MORRIS INTL INC | A | DIVIDEND | | | PURCHASE | 2/17 | J | | |
| 233 | | | | | SOLD | 8/3 | J | A | |
| 234 POWERSHARES DB COMM TRK INC | | NONE | | | SOLD | 8/5 | K | | |
| 235 POWERSHARES DB US $ IND BULL FD ETF | | NONE | | | PURCHASE | 1/20 | M | | |
| 236 | | | | | PARTIAL SALE | 5/26 | L | D | |
| 237 | | | | | PARTIAL SALE | 5/27 | K | B | |
| 238 | | | | | SOLD | 7/19 | K | B | |
| 239 POWERSHARES S&P 500 BUYWRITE | | NONE | | | SOLD | 2/17 | L | | |
| 240 PRUDENTIAL FINANCIAL INC | A | DIVIDEND | K | T | PURCHASE | 3/3 | K | | |
| 241 SCHLUMBERGER LTD | A | DIVIDEND | L | T | PURCHASE | 11/4 | K | | |
| 242 SEADRILL LTD | C | DIVIDEND | K | T | PURCHASE | 5/3 | K | | |
| 243 | | | | | PURCHASE | 5/27 | K | | |
| 244 | | | | | PARTIAL SALE | 12/15 | K | D | |
| 245 SOLAR CAPITAL LTD | C | DIVIDEND | L | T | PURCHASE | 8/24 | L | | |
| 246 | | | | | PARTIAL SALE | 12/8 | K | D | |
| 247 SPDR KBW BANK ETF | A | DIVIDEND | L | T | PURCHASE | 11/5 | K | | |
| 248 SPDR S&P DIVIDEND | B | DIVIDEND | L | T | | | | | |
| 249 SPDR S&P EMERGING ASIA PACIF | A | DIVIDEND | K | T | PURCHASE | 11/17 | K | | |
| 250 SPDR S&P MIDCAP 400 ETF TRUST | A | DIVIDEND | K | T | PURCHASE | 5/27 | K | | |

| A.<br><br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br><br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 251  SPDR S&P INTL ENERGY SECTOR | A | DIVIDEND | | | SOLD | 10/15 | K | | |
| 252  STARWOOD PROPERTY TRUST INC | B | DIVIDEND | L | T | PURCHASE | 7/19 | L | | |
| 253  SYSCO CORP | A | DIVIDEND | | | PURCHASE | 2/17 | J | | |
| 254 | | | | | SOLD | 5/26 | J | A | |
| 255  TAIWAN SMCNDCTR MFG CO LTD | | NONE | | | PURCHASE | 2/17 | J | | |
| 256 | | | | | SOLD | 5/26 | J | | |
| 257  TORONTO DOM BK | A | DIVIDEND | | | PURCHASE | 2/17 | J | | |
| 258 | | | | | SOLD | 5/26 | J | A | |
| 259  TOTAL FINA ELF SA | A | DIVIDEND | | | PURCHASE | 2/17 | J | | |
| 260 | | | | | SOLD | 8/3 | J | | |
| 261  UTILITIES SEL SECT SPDR FUND | B | DIVIDEND | | | PARTIAL SALE | 5/26 | J | | |
| 262 | | | | | SOLD | 11/17 | K | A | |
| 263  VANGUARD EMRG MKTS ETF | C | DIVIDEND | M | T | PURCHASE | 1/20 | J | | |
| 264 | | | | | PURCHASE | 5/27 | K | | |
| 265  VANGUARD EUROPEAN ETF | B | DIVIDEND | K | T | | | | | |
| 266  VISA INC | A | DIVIDEND | K | T | PURCHASE | 5/26 | K | | |
| 267  VISTEON CORP | | NONE | K | T | PURCHASE | 12/22 | K | | |
| 268  VODAFONE GP PLC | | NONE | | | PURCHASE | 2/17 | J | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 269 | | | | | SOLD | 4/13 | J | A | |
| 270 WELLS FARGO & CO | | NONE | K | T | PURCHASE | 12/8 | K | | |
| 271 WESTAR ENERGY INC | A | DIVIDEND | | | PURCHASE | 2/17 | J | | |
| 272 | | | | | SOLD | 5/26 | J | A | |
| 273 WILLIAMS CO INC | A | DIVIDEND | | | PURCHASE | 2/17 | J | | |
| 274 | | | | | PURCHASE | 5/26 | K | | |
| 275 | | | | | SOLD | 10/20 | K | B | |
| 276 YUM BRANDS | A | DIVIDEND | | | PURCHASE | 2/17 | J | | |
| 277 | | | | | SOLD | 10/15 | J | C | |
| 278 PUTNAM DIVERSIFIED INC TR A | D | DIVIDEND | | | PARTIAL SALE | 8/24 | J | | |
| 279 | | | | | PARTIAL SALE | 8/25 | K | | |
| 280 | | | | | SOLD | 9/21 | L | | |
| CALLS (LINES 281-295)(SEE NOTE 2 IN SECTION VIII) 281 ANADARKO PETROLEUM | | | | | PARTIAL SHORT SALE | 10/13 | J | | |
| 282 | | | | | SOLD SHORT | 10/20 | J | | |
| 283 | | | | | PURCHASE | 10/29 | J | | |
| 284 DEVRY INC | | | | | SOLD SHORT | 10/19 | J | | |
| 285 | | | | | PURCHASE | 10/29 | J | | |
| 286 HALLIBURTON CO | | | | | SOLD SHORT | 10/20 | J | | |

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| DESCRIPTION OF ASSETS | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 287 HONEYWELL INTERNATIONAL | | | | | SOLD SHORT | 10/20 | J | | |
| 288 KRAFT FOODS | | | | | SOLD SHORT | 10/20 | J | | |
| 289 MASTERCARD INC | | | | | SOLD SHORT | 10/20 | J | | |
| 290 MET LIFE INC | | | | | SOLD SHORT | 10/20 | J | | |
| 291 JP MORGAN CHASE & CO | | | | | SOLD SHORT | 10/20 | J | | |
| 292 ORACLE CORP | | | | | SOLD SHORT | 10/20 | J | | |
| 293 PFIZER INC | | | | | SOLD SHORT | 10/20 | J | | |
| 294 SEADRILL LTD | | | | | SOLD SHORT | 10/20 | J | | |
| 295 | | | | | OPTIONS ASSIGNED (SEE LINE 244 ABOVE) | 12/15 | | | |

INVESTMENTS IN NON-PUBLIC COMPANIES  (LINES 296-414 )(SEE NOTES 3, 5 & 7 IN SECTION VIII)

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 296 ARIZONA SNOWBOWL (AKA SUNWEST HOLDINGS) (SEE NOTE 1 IN SECTION VIII) | E | K-1 DISTR | N | W | DISTRIBUTION | 3/23 | K | | |
| 297 ENTERTAINMENT ACQUISITION (SEE NOTES 1 & 4 IN SECTION VIII) | D | K-1 DISTR | | | | | | | |
| 298 COSMOS PARTNERS (SEE NOTES 1 & 11 IN SECTION VIII) | | NONE | | | FINAL DISTRIBUTION | 12/14 | J | | |
| 299 TAMPA BAY RAYS (SEE NOTES 1 & 14 IN SECTION VIII) | | NONE | N | W | | | | | |
| 300 FRESH DIRECT | | NONE | O | W | | | | | |
| 301 HARDING SERVICE, LLC (SEE NOTES 1, 4 & 14 IN SECTION VIII) | A | K-1 DISTR | | | | | | | |

| A.<br><br>DESCRIPTION OF ASSETS | B.<br><br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br><br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 302 OFFIT CAPITAL ADVISORS | | NONE | N | W | | | | | |
| 303 OPUS MEDIA PARTNERS<br>(SEE NOTE 9 IN SECTION VIII) | | NONE | | | | | | | |
| 304 UNIVERSAL HOSPITAL SERVICES HOLDING CO | | NONE | M | W | | | | | |
| 305 IRVING PLACE CAPITAL II<br>(SEE NOTES 9 & 14 IN SECTION VIII) | G | K-1 DISTR/<br>DIVIDEND | M | W | DISTRIBUTION | 5/13 | J | | |
| 306 | | | | | DISTRIBUTION | 6/9 | M | | |
| 307 | | | | | DISTRIBUTION | 12/16 | M | | |
| 308 IRVING PLACE CAPITAL III<br>(SEE NOTES 9 & 14 IN SECTION VIII) | E | K-1 DISTR/<br>DIV/INT | P1 | W | ADDITIONAL INVESTMENT | 10/1 | N | | |
| 309 | | | | | DEEMED DISTRIBUTION | 11/10 | K | | |
| 310 | | | | | ADDITIONAL INVESTMENT | 12/15 | M | | |
| 311 BLACKSTONE REAL ESTATE PARTNERS<br>(SEE NOTES 9 & 14 IN SECTION VIII) | G | K-1 DISTR | P1 | W | ADDITIONAL INVESTMENT | 3/15 | J | | |
| 312 | | | | | ADDITIONAL INVESTMENT | 3/29 | L | | |
| 313 | | | | | ADDITIONAL INVESTMENT | 4/5 | L | | |
| 314 | | | | | ADDITIONAL INVESTMENT | 4/28 | M | | |
| 315 | | | | | ADDITIONAL INVESTMENT | 8/23 | K | | |
| 316 | | | | | DISTRIBUTION | 8/23 | J | | |
| 317 | | | | | ADDITIONAL INVESTMENT | 9/3 | L | | |
| 318 | | | | | ADDITIONAL INVESTMENT | 10/4 | M | | |
| 319 | | | | | ADDITIONAL INVESTMENT | 10/29 | N | | |

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | INCOME DURING | | GROSS VALUE AT END OF REPORTING | | | | | | |
| DESCRIPTION OF ASSETS | REPORTING PERIOD | | PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 320 | | | | | ADDITIONAL INVESTMENT | 11/17 | M | | |
| 321 | | | | | ADDITIONAL INVESTMENT | 12/15 | L | | |
| 322 CENTERVIEW CAPITAL (SEE NOTE 10 IN SECTION VIII) | A | K-1 DISTR | | | | | | | |
| 323 NIELSEN COMPANY (X) (SEE NOTE 15 IN SECTION VIII) | | NONE | M | W | | | | | |
| 324 RICHELIEU FOODS, INC (SEE NOTE 15 IN SECTION VIII) | | NONE | N | W | INITIAL INVESTMENT | 11/9 | N | | |
| 325 BIRDS EYE FOODS (SEE NOTES 12 & 15 IN SECTION VIII) | | NONE | | | DEEMED DISTRIBUTION | 12/23 | J | A | |
| 326 DYNA VOX (SEE NOTE 15 IN SECTION VIII) | | NONE | O | W | PARTIAL SALE | 5/27 | N | G | |
| 327 | | | | | PARTIAL SALE | 5/28 | J | | |
| 328 | | | | | DEEMED DISTRIBUTION | 12/23 | J | | |
| 329 VESTAR CAPITAL PARTNERS/ASSOC. III (SEE NOTES 10 & 14 IN SECTION VIII) | | NONE | | | | | | | |
| 330 VESTAR CAPITAL PARTNERS/ASSOC. IV & AIV (SEE NOTES 10 & 14 IN SECTION VIII) | E | DIV/INT | | | | | | | |
| 331 VESTAR CAPITAL PARTNERS/ASSOC V (SEE NOTE 10 IN SECTION VIII) | D | K-1 DISTR | | | | | | | |
| 332 CONSOLIDATED CONTAINER (SEE NOTE 15 IN SECTION VIII) | | NONE | P1 | W | | | | | |
| 333 ST JOHNS KNITS (SEE NOTE 15 IN SECTION VIII) | | NONE | O | W | | | | | |

| A.<br><br>DESCRIPTION OF ASSETS | B.<br><br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br><br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 334 ARGO TECH<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | K | W | | | | | |
| 335 AZ ELECTRONIC MATERIALS<br>(SEE NOTE 15 IN SECTION VIII) | E | DIV/INT | M | W | RETURN OF CAPITAL | 11/19 | L | | |
| 336 BORDER MEDIA (X)<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | J | W | | | | | |
| 337 CCS INCOME TRUST<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | L | W | | | | | |
| 338 CESARE FIORUCCI<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | M | W | | | | | |
| 339 DUFF & PHELPS<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | O | W | DEEMED DISTRIBUTION | 12/23 | J | | |
| 340 ESSENT HEALTHCARE<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | O | W | | | | | |
| 341 GLEASON CORP<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | M | W | | | | | |
| 342 HEALTHGRADES<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | M | W | INITIAL INVESTMENT | 9/3 | M | | |
| 343 INHEALTH<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | J | W | INITIAL INVESTMENT | 7/22 | J | | |
| 344 THE SUN PRODUCTS CORP<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | O | W | | | | | |
| 345 MEDI-MEDIA<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | M | W | | | | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 346 NATIONAL MENTOR HOLDINGS<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | L | W | | | | | |
| 347 OGF GROUP<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | N | W | | | | | |
| 348 PARTNER RE HOLDINGS (FKA PARIS RE)<br>(SEE NOTE 15 IN SECTION VIII) | D | DIV/INT | L | W | RETURN OF CAPITAL | 11/19 | K | | |
| 349 | | | | | RETURN OF CAPITAL | 12/23 | K | | |
| 350 PRESS GANEY<br>(SEE NOTE 15 IN SECTION VIII) | D | DIV/INT | N | W | RETURN OF CAPITAL | 11/19 | L | | |
| 351 RADIATION THERAPY<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | N | W | | | | | |
| 352 SEVES SPA<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | K | W | RETURN OF CAPITAL | 1/4 | J | | |
| 353 SOLO CUP COMPANY<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | P1 | W | | | | | |
| 354 SUNRISE MEDICAL/JOERNS HEALTHCARE<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | P1 | W | SOLD JOERNS HEALTHCARE | 8/24 | N | G | Quad-C<br>Mgmt |
| 355 | | | | | ADDITIONAL INVESTMENT | 8/24 | K | | |
| 356 | | | | | ADDITIONAL INVESTMENT | 8/25 | J | | |
| 357 | | | | | DEEMED ADDL INVESTMENT | 3Q | K | | |
| 358 | | | | | DEEMED ADDL INVESTMENT | 12/23 | K | | |
| 359 SYMETRA FINANCIAL | | NONE | N | W | | | | | |
| 360 VALIDUS HOLDINGS<br>(SEE NOTE 15 IN SECTION VIII) | E | DIVIDEND | P1 | W | RETURN OF CAPITAL | 12/24 | M | | |

| A.  DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 361 WILTON RE HOLDINGS (SEE NOTE 15 IN SECTION VIII) | | NONE | P1 | W | | | | | |
| 362 ENTERPRISE NEWSMEDIA (SEE NOTE 12 IN SECTION VIII) | | NONE | | | FINAL ESCROW DISTRIBUTION | 12/27 | L | | |
| 363 FLAG VENTURE PARTNERS (SEE NOTES 9 & 14 IN SECTION VIII) | G | K-1 DISTR/ DIV | P1 | W | DISTRIBUTION | 2/16 | L | | |
| 364 | | | | | DISTRIBUTION | 3/29 | K | | |
| 365 | | | | | DISTRIBUTION | 5/5 | K | | |
| 366 | | | | | DISTRIBUTION | 7/30 | K | | |
| 367 | | | | | DISTRIBUTION | 9/30 | L | | |
| 368 | | | | | DISTRIBUTION | 10/14 | K | | |
| 369 | | | | | DISTRIBUTION | 11/10 | L | | |
| 370 | | | | | DISTRIBUTION | 12/23 | K | | |
| 371 RED ABBEY (SEE NOTE 9 IN SECTION VIII) | | NONE | N | W | DEEMED CONTRIBUTION | 1Q | J | | |
| 372 | | | | | DEEMED DISTRIBUTION | 1Q | J | | |
| 373 SENTINEL CAPITAL PARTNERS/SENTINEL PARTNERS(II) (SEE NOTES 10 & 14 IN SECTION VIII) | A | K-1 DISTR | | | | | | | |
| 374 SENTINEL CAPITAL PARTNERS (III) (SEE NOTE 10 IN SECTION VIII) | G | K-1 DISTR | | | | | | | |
| 375 SENTINEL CAPITAL PARTNERS (IV) (SEE NOTES 10 & 14 IN SECTION VIII) | G | K-1 DISTR | | | | | | | |
| 376 CREDIT INFONET HOLDINGS | | NONE | N | W | | | | | |

| A.<br><br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br><br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| (SEE NOTE 15 IN SECTION VIII) | | | | | | | | | |
| 377 ENGINEERED CONTROLS<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | O | W | INITIAL INVESTMENT | 8/24 | N | | |
| 378 | | | | | DEEMED ADDL INVESTMENT | 1Q | J | | |
| 379 | | | | | DEEMED ADDL INVESTMENT | 2Q | K | | |
| 380 | | | | | DEEMED ADDL INVESTMENT | 3Q | J | | |
| 381 | | | | | ADDITIONAL INVESTMENT | 10/19 | N | | |
| 382 INSCAPE (SEE NOTE 15 IN SECTION VIII) | | NONE | O | W | | | | | |
| 383 INTERIM HEALTHCARE<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | O | W | | | | | |
| 384 LTI FLEXIBLE PRODUCTS<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | N | `W | | | | | |
| 385 MADILL CORP<br>(SEE NOTES 8 & 15 IN SECTION VIII) | | NONE | | | | | | | |
| 386 MASSAGE ENVY<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | N | W | INITIAL INVESTMENT | 3/3 | N | | |
| 387 MIDWEST WHOLESALE HARDWARE<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | J | W | | | | | |
| 388 NORTH AMERICAN RESCUE HOLDINGS<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | M | W | DEEMED DISTRIBUTION | 1Q | J | | |
| 389 | | | | | DEEMED DISTRIBUTION | 2Q | K | | |
| 390 | | | | | DEEMED DISTRIBUTION | 3Q | J | | |
| 391 PRECISION PIPELINE SOLUTIONS<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | K | W | | | | | |

| A.<br><br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br><br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 392 REACHOUT HEALTHCARE<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | | | SOLD | 12/30 | P1 | G | MORGAN ST<br>CAPITAL |
| 393 SOUTHERN CALIFORNIA PIZZA CO<br>(SEE NOTE 15 IN SECTION VIII) | E | INTEREST | O | W | DISTRIBUTION | 12/30 | M | | |
| 394 SPINRITE<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | N | W | | | | | |
| 395 STRATEGIC PARTNERS<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | | | SOLD | 8/24 | P1 | H1 | BANK OF AMER<br>ML CAPITAL |
| 396 TRINITY CONSULTANTS HOLDINGS<br>(SEE NOTE 15 IN SECTION VIII) | D | INTEREST | N | W | | | | | |
| 397 TRUSSBILT HOLDINGS<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | M | W | DEEMED DISTRIBUTION | 2Q | J | | |
| 398 VINTAGE HOLDINGS<br>(SEE NOTE 15 IN SECTION VIII) | | NONE | O | W | DISTRIBUTION | 12/30 | O | G | |
| 399 SCIENS CAPITAL PARTNERS<br>(SEE NOTE 9 IN SECTION VIII) | | NONE | L | W | | | | | |
| 400 NORTHERN HELLENIC HOLDINGS LLC<br>(SEE NOTES 6, 9 & 14 IN SECTION VIII) | | NONE | N | V | | | | | |
| 401 PARK AVENUE PARTNERS<br>(SEE NOTES 9 & 14 IN SECTION VIII) | G | K-1 DISTR | P1 | W | DISTRIBUTION | 2/19 | J | | |
| 402 | | | | | DISTRIBUTION | 5/18 | M | | |
| 403 | | | | | ADDITIONAL INVESTMENT | 5/18 | J | | |
| 404 | | | | | DISTRIBUTION | 8/24 | M | | |
| 405 QUINTANA ENERGY PARTNERS | | NONE | O | W | DISTRIBUTION | 8/26 | J | | |

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | INCOME DURING | | GROSS VALUE AT END OF REPORTING | | | | | | |
| DESCRIPTION OF ASSETS | REPORTING PERIOD | | PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| (SEE NOTES 9 & 14 IN SECTION VIII) | | | | | | | | | |
| 406 | | | | | ADDITIONAL INVESTMENT | 9/30 | J | | |
| 407 | | | | | DISTRIBUTION | 9/30 | K | | |
| 408 NB CO-INVESTMENT PARTNERS LP/CAYMAN AIV LP | G | K-1 DISTR/ DIV/INT | P1 | W | DEEMED CAPITAL CALL | 1Q | K | | |
| (SEE NOTES 9 & 14 IN SECTION VIII) | | | | | | | | | |
| 409 | | | | | DEEMED DISTRIBUTION | 1Q | K | | |
| 410 | | | | | ADDITIONAL INVESTMENT | 5/28 | K | | |
| 411 | | | | | ADDITIONAL INVESTMENT | 11/9 | L | | |
| 412 | | | | | DISTRIBUTION | 11/9 | J | | |
| 413 | | | | | DISTRIBUTION | 11/19 | M | | |
| 414 | | | | | ADDITIONAL INVESTMENT | 12/30 | K | | |
| OTHER INVESTMENTS/NOTES RECEIVABLE (LINES 415-444 ) | | | | | | | | | |
| 415 CHESAPEAKE PARTNERS | F | K-1 DISTR | P1 | U | | | | | |
| (SEE NOTE 1 IN SECTION VIII) | | | | | | | | | |
| 416 FARALLON CAPITAL PARTNERS | E | K-1 DISTR | P1 | U | PARTIAL WITHDRAWAL | 3/12 | J | | |
| (SEE NOTES  1 & 14  IN SECTION VIII) | | | | | | | | | |
| 417 | | | | | PARTIAL WITHDRAWAL | 6/2 | M | | |
| 418 | | | | | PARTIAL WITHDRAWAL | 6/29 | K | | |
| 419 | | | | | PARTIAL WITHDRAWAL | 8/27 | L | | |
| 420 | | | | | PARTIAL WITHDRAWAL | 10/26 | J | | |
| 421 | | | | | PARTIAL WITHDRAWAL | 11/16 | K | | |
| 422 AXIOM INTERNATIONAL INVESTORS LLC | | NONE | P1 | U | | | | | |
| (SEE NOTE 1 IN SECTION VIII) | | | | | | | | | |

| A. | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION OF ASSETS | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 423 THE BLENHEIM FUND LLC (SEE NOTE 1 IN SECTION VIII) | G | K-1 DISTR | P2 | U | | | | | |
| 424 BREVAN HOWARD, LP (SEE NOTE 1 IN SECTION VIII) | F | K-1 DISTR | P1 | U | | | | | |
| 425 PAULSON ADVANTAGE, LP (SEE NOTE 1 IN SECTION VIII) | E | K-1 DISTR | P1 | U | | | | | |
| 426 SABRETOOTH ONSHORE FUND (SEE NOTE 1 IN SECTION VIII) | E | K-1 DISTR | N | U | | | | | |
| 427 TOWLE CAPITAL PARTNERS (SEE NOTE 1 IN SECTION VIII) | | NONE | | | PARTIAL WITHDRAWAL | 1/14 | O | | |
| 428 | | | | | WITHDREW | 3/29 | K | | |
| 429 WHALE ROCK FLAGSHIP FUND (SEE NOTE 1 IN SECTION VIII) | G | K-1 DISTR | P1 | U | | | | | |
| 430 F.E. RICHARDSON & CO (SEE NOTES 1 & 13 IN SECTION VIII) | | NONE | L | V | ADDITIONAL INVESTMENT | 1/25 | L | | |
| 431 | | | | | ADDITIONAL INVESTMENT | 2/5 | L | | |
| 432 | | | | | ADDITIONAL INVESTMENT | 2/26 | K | | |
| 433 | | | | | ADDITIONAL INVESTMENT | 3/22 | K | | |
| 434 | | | | | ADDITIONAL INVESTMENT | 4/23 | L | | |
| 435 | | | | | ADDITIONAL INVESTMENT | 5/21 | L | | |
| 436 | | | | | ADDITIONAL INVESTMENT | 7/9 | K | | |
| 437 | | | | | ADDITIONAL INVESTMENT | 8/19 | K | | |
| 438 | | | | | ADDITIONAL INVESTMENT | 9/17 | K | | |

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | INCOME DURING | | GROSS VALUE AT END OF REPORTING | | | | | | |
| DESCRIPTION OF ASSETS | REPORTING PERIOD | | PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 439 | | | | | ADDITIONAL INVESTMENT | 10/20 | K | | |
| 440 | | | | | ADDITIONAL INVESTMENT | 11/19 | K | | |
| 441 | | | | | ADDITIONAL INVESTMENT | 12/17 | K | | |
| 442 OP40 INC (SEE NOTE 5 IN SECTION VIII) | | NONE | L | W | | | | | |
| 443 OSCAR S SCHAFER PARTNERS II (SEE NOTE 1 IN SECTION VIII) | F | K-1 DISTR | P1 | U | PARTIAL WITHDRAWAL | 1/15 | P1 | | |
| 444 HAWK GROUP S.A. (SEE NOTE 5 IN SECTION VIII) | | NONE | N | W | | | | | |
| PROFIT SHARING PLAN FUNDS (LINES 445-446 ) | | | | | | | | | |
| 445 --- ING T. ROWE PRICE EQ INCOME PT | | NONE | | | SOLD | 12/6 | M | F | |
| 446 --- ING MARSICO INTERNATIONAL OPP PORT | | NONE | | | SOLD | 12/6 | L | E | |
| 447 TRUST #1 (LINES 447-458 ) | D | DIV/INT | O | T | | | | | |
| 448 --- GOLDMAN SACHS BANK DEPOSIT/CASH #4 | | | | | | | | | |
| 449 --- ABBOTT LABORATORIES COMMON STOCK | | | | | | | | | |
| 450 --- AMERICA MOVIL COMMON STOCK | | | | | | | | | |
| 451 --- BLACKROCK, INC COMMON STOCK | | | | | | | | | |
| 452 --- DEVON ENERGY CORP COMMON STOCK | | | | | | SOLD | 5/7 | M | A |
| 453 --- GENERAL ELECTRIC CO COMMON STOCK | | | | | | | | | |
| 454 --- JOHNSON & JOHNSON  COMMON STOCK | | | | | | | | | |

| A. | B. | | C. | | D. | | | | |
|----|----|----|----|----|----|----|----|----|----|
| | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| DESCRIPTION OF ASSETS | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 455 --- KRAFT FOODS INC COMMON STOCK | | | | | | | | | |
| 456 --- PHILIP MORRIS COMMON STOCK | | | | | SOLD | 5/7 | L | | |
| 457 --- SONIC CORP COMMON STOCK | | | | | | | | | |
| 458 --- WALGREEN CO COMMON STOCK | | | | | | | | | |
| 459 TRUST #2 (LINES 459-472) | C | DIV/INT/ SETTMNT | M | T | | | | | |
| 460 --- BLACKROCK LIQUIDITY FUNDS | | | | | | | | | |
| 461 --- PRUDENTIAL JENNISON 20/20 FOCUS FUND (MUTUAL FUND) (FKA JENNISON 20/20 FOCUS FUND) | | | | | | | | | |
| 462 --- THIRD AVENUE INTL VALUE (MUTUAL FUND) | | | | | SOLD | 2/16 | M | | |
| 463 --- BLACKROCK EQUITY DIVIDEND INST CLASS FUND | | | | | PURCHASE | 2/16 | K | | |
| 464 --- CALAMOS GROWTH FUND | | | | | PURCHASE | 2/16 | J | | |
| 465 --- EAGLE SMALL CAP GROWTH FUND | | | | | PURCHASE | 2/16 | J | | |
| 466 --- ISHARES BARCLAYS TR US TIP ETF | | | | | PURCHASE | 2/16 | J | | |
| 467 --- ISHARES TR MSCI EMERGING MKTS INDEX FD ETF | | | | | PURCHASE | 2/16 | J | | |
| 468 --- ISHARES MSCI EAFE INDEX FUND ETF | | | | | PURCHASE | 2/16 | J | | |
| 469 --- ISHARES S&P NATIONAL MUNI BOND FUND | | | | | PURCHASE | 2/16 | K | | |
| 470 --- IVY BLOBAL NATURAL RESOURCES FD | | | | | PURCHASE | 2/16 | J | | |
| 471 --- T ROWE PRICE INTL FD INC INTL BOND FUND | | | | | PURCHASE | 2/16 | J | | |
| 472 --- SPDR BARCLAYS CAP HIGH YIELD BOND ETF | | | | | PURCHASE | 2/16 | J | | |

| A. | B. | | C. GROSS VALUE AT END OF REPORTING | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION OF ASSETS | INCOME DURING REPORTING PERIOD | | PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 473 TRUST #3 (LINES 473-555 ) (SEE NOTE 7 IN SECTION VIII) | C | DIV/INT/ K-1 DISTR | N | T | | | | | |
| 474 --- BLACKROCK LIQUIDITY FUNDS | | | | | | | | | |
| 475 --- JENNISON 20/20 FOCUS FUND (MUTUAL FUND) | | | | | SOLD | 2/16 | L | | |
| COMMON STOCKS (EXCEPT WHERE NOTED) 476 --- COOPER INDUSTRIES PLC | | | | | PURCHASE | 2/16 | J | | |
| 477 --- COVIDIEN PLC | | | | | PURCHASE | 2/16 | J | | |
| 478 --- NOBLE CORPORATION | | | | | PURCHASE | 2/16 | J | | |
| 479 --- AT&T INC | | | | | PURCHASE | 2/16 | J | | |
| 480 --- ALLERGAN INC | | | | | PURCHASE | 2/16 | J | | |
| 481 --- AMERICAN ELECTRIC POWER INC | | | | | PURCHASE | 2/16 | J | | |
| 482 --- AMERICAN EXPRESS CO | | | | | PURCHASE | 2/16 | J | | |
| 483 --- AMERICAN TOWER CORP | | | | | PURCHASE | 2/16 | J | | |
| 484 --- AMERISOURCEBERGEN CORP | | | | | PURCHASE | 2/16 | J | | |
| 485 --- AMERIPRISE FINANCIAL INC | | | | | PURCHASE | 2/16 | J | | |
| 486 --- AMGEN INC | | | | | PURCHASE | 2/16 | J | | |
| 487 --- APACHE CORPORATION | | | | | PURCHASE | 2/16 | J | | |
| 488 --- APPLE INC | | | | | PURCHASE | 2/16 | J | | |
| 489 --- BARON SMALL CAP MUTUAL FUND | | | | | PURCHASE | 2/16 | J | | |
| 490 --- BAXTER INTERNATIONAL INC | | | | | PURCHASE | 2/16 | J | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 491 --- BROADCOM CORP | | | | | PURCHASE | 2/16 | J | | |
| 492 --- CAPITAL ONE FINANCIAL CORP | | | | | PURCHASE | 2/16 | J | | |
| 493 --- CELANESE CORP | | | | | PURCHASE | 2/16 | J | | |
| 494 --- CHUBB CORP | | | | | PURCHASE | 2/16 | J | | |
| 495 --- CISCO SYSTEMS INC | | | | | PURCHASE | 2/16 | J | | |
| 496 --- COACH INC | | | | | PURCHASE | 2/16 | J | | |
| 497 --- CUMMINS INC | | | | | PURCHASE | 2/16 | J | | |
| 498 --- DOLBY LABORATORIES INC | | | | | PURCHASE | 2/16 | J | | |
| 499 --- DOLLAR TREE INC | | | | | PURCHASE | 2/16 | J | | |
| 500 --- EMC CORP | | | | | PURCHASE | 2/16 | J | | |
| 501 --- EAGLE SMALL CAP GROWTH MUTUAL FUND | | | | | PURCHASE | 2/16 | J | | |
| 502 --- EBAY INC | | | | | PURCHASE | 2/16 | J | | |
| 503 --- EXXON MOBIL CORP | | | | | PURCHASE | 2/16 | J | | |
| 504 --- FEDEX CORPORATION | | | | | PURCHASE | 2/16 | J | | |
| 505 --- FORD MOTOR COMPANY | | | | | PURCHASE | 2/16 | J | | |
| 506 --- FRANKLIN RESOURCES INC | | | | | PURCHASE | 2/16 | J | | |
| 507 --- FREEPORT MCMORAN COPPER & GOLD INC | | | | | PURCHASE | 2/16 | J | | |
| 508 --- GENERAL ELECTRIC CO | | | | | PURCHASE | 2/16 | J | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 509 --- GENERAL MILLS INC | | | | | PURCHASE | 2/16 | J | | |
| 510 --- GOLDMAN SACHS GROUP INC | | | | | PURCHASE | 2/16 | J | | |
| 511 --- GOOGLE INC | | | | | PURCHASE | 2/16 | J | | |
| 512 --- GRAINGER WW INC | | | | | PURCHASE | 2/16 | J | | |
| 513 --- HARBOR INTERNATIONAL MUTUAL FUND | | | | | PURCHASE | 2/16 | J | | |
| 514 --- ILLINOIS TOOL WORKS INC | | | | | PURCHASE | 2/16 | J | | |
| 515 --- INTEL CORP | | | | | PURCHASE | 2/16 | J | | |
| 516 --- INTERNATIONAL BUSINESS MACHINES CORP | | | | | PURCHASE | 2/16 | J | | |
| 517 --- ISHARES BARCLAYS TR US TIP ETF | | | | | PURCHASE | 2/16 | J | | |
| 518 --- ISHARES TR MSCI EMERGING MKTS INDEX FD ETF | | | | | PURCHASE | 2/16 | K | | |
| 519 --- ISHARES MSCI EAFE INDEX FUND ETF | | | | | PURCHASE | 2/16 | J | | |
| 520 --- ISHARES TR S&P MIDCAP 400 INDEX FD ETF | | | | | PURCHASE | 2/16 | J | | |
| 521 --- ISHARES S&P NATIONAL AMT-FREE MUNI BOND FUND | | | | | PURCHASE | 2/16 | K | | |
| 522 --- IVY GLBL NATURAL RESOURCES MUTUAL FUND | | | | | PURCHASE | 2/16 | J | | |
| 523 --- JP MORGAN CHASE & CO | | | | | PURCHASE | 2/16 | J | | |
| 524 --- JOHNSON & JOHNSON | | | | | PURCHASE | 2/16 | J | | |
| 525 --- JOHNSON CONTROLS INC | | | | | PURCHASE | 2/16 | J | | |
| 526 --- KOHLS CORP | | | | | PURCHASE | 2/16 | J | | |
| 527 --- LAUDER ESTEE COS INC | | | | | PURCHASE | 2/16 | J | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 528 --- MEDCO HEALTH SOLUTIONS INC | | | | | PURCHASE | 2/16 | J | | |
| 529 --- MERCK & CO INC | | | | | PURCHASE | 2/16 | J | | |
| 530 --- METLIFE INC | | | | | PURCHASE | 2/16 | J | | |
| 531 --- MICROSOFT CORP | | | | | PURCHASE | 2/16 | J | | |
| 532 --- NEWS CORPORATION | | | | | PURCHASE | 2/16 | J | | |
| 533 --- OCCIDENTAL PETROLEUM CORP | | | | | PURCHASE | 2/16 | J | | |
| 534 --- ORACLE CORP | | | | | PURCHASE | 2/16 | J | | |
| 535 --- PEPSICO INC | | | | | PURCHASE | 2/16 | J | | |
| 536 --- PFIZER INC | | | | | PURCHASE | 2/16 | J | | |
| 537 --- PRICE T ROWE GROUP INC | | | | | PURCHASE | 2/16 | J | | |
| 538 --- PROCTER & GAMBLE CO | | | | | PURCHASE | 2/16 | J | | |
| 539 --- ROCKWELL AUTOMATION INC | | | | | PURCHASE | 2/16 | J | | |
| 540 --- ROSS STORES INC | | | | | PURCHASE | 2/16 | J | | |
| 541 --- T ROWE PRICE INTL FD INC (MUTUAL FUND) | | | | | PURCHASE | 2/16 | J | | |
| 542 --- SPDR BARCLAYS CAP HIGH YIELD BD ETF | | | | | PURCHASE | 2/16 | J | | |
| 543 --- SCHLUMBERGER LTD | | | | | PURCHASE | 2/16 | J | | |
| 544 --- SCRIPPS NETWORKS INTERAC | | | | | PURCHASE | 2/16 | J | | |
| 545 --- JM SMUCKER CO | | | | | PURCHASE | 2/16 | J | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 546 --- TALISMAN ENERGY INC | | | | | PURCHASE | 2/16 | J | | |
| 547 --- 3M COMPANY | | | | | PURCHASE | 2/16 | J | | |
| 548 --- US BANCORP DEL | | | | | PURCHASE | 2/16 | J | | |
| 549 --- UNITED TECHNOLOGIES CORP | | | | | PURCHASE | 2/16 | J | | |
| 550 --- UNITEDHEALTH GROUP INC | | | | | PURCHASE | 2/16 | J | | |
| 551 --- VIACOM INC | | | | | PURCHASE | 2/16 | J | | |
| 552 --- WAL-MART STORES INC | | | | | PURCHASE | 2/16 | J | | |
| 553 --- WELLS FARGO & COMPANY | | | | | PURCHASE | 2/16 | J | | |
| 554 --- WILLIAMS COMPANIES INC | | | | | PURCHASE | 2/16 | J | | |
| 555 --- WISCONSIN ENERGY CORP | | | | | PURCHASE | 2/16 | J | | |
| 556 RENTAL PROPERTY - NEW YORK, NY (6/15/2005 $850,000) | E | RENT | O | R | | | | | |

ADS - 4/27/2011
DISK: 2010 DISCLOSURE fILE: 10DISCLfiling

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

See attached

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS

### NOTE 1

If there was either a partial withdrawal or no withdrawal from this S corporation or partnership during the reporting year, all K-1 activity (interest, dividends, capital gains, ordinary income, etc.) was netted together, and, if that net figure was larger than the required income threshold, it was included in Column B.(1) with Column B.(2) noting "K-1 DISTR" (K-1 Distribution). If the K-1 activity netted to a loss, then Column B.(1) was left blank and "NONE" was included in Column B.(2).

If the S Corporation or partnership interest was either sold or fully withdrawn from during the reporting year, the capital gain amount is included in Column D along with other transaction details. The remaining K-1 figures were netted together, and if larger than the required income threshold, included in Column B.(1) with Column B.(2) noting "K-1 DISTR".

Both of the above approaches were obtained from Mr. George Reynolds, Financial Disclosure Examiner.

### NOTE 2

For options outstanding at the end of the year, there is no value code listed in Column C.(1) because the options had an unrealized loss at that time.

### NOTE 3

At times in private equity funds, a Partnership will "deem" distribution/contribution activity. All deemed activities are non-cash transactions.

In 2010, we learned of prior year "deemed" activity in some of the Funds. Per my discussion with Rachel Molinaro, FDR examiner, on 3/3/2011, there is no need to include prior years' deemed activity on the current year report. We should just include 2010 deemed activity. Further, per Ms Molinaro, there is no need to amend prior years' Financial Disclosure Reports in order to reflect the prior years' deemed activity.

Most times when a Partnership declares deemed activity, a calendar quarter, rather than a specific date, is referenced. Therefore, in Column D. (2), often times just a quarter is noted.

### NOTE 4

This asset had no value on the books as of the end of the year. Therefore, there is no value code reported in Column C.(1). However, the K-1 reported income over the threshold level so the asset is reportable.

**NOTE 5**
There are many investments in non-public companies. The estimated market values used for all such investments, unless otherwise noted, are based upon the current knowledge of the worth of such companies, discussions with the companies' management and company issued reports.

**NOTE 6**
Either the Ending Capital Account value from the entity's 2010 K-1, or an estimate of the same, was used to determine its year-end value code for Column C.(1).

**NOTE 7**
For those entities which issued K-1s, if the K-1 netted to a loss but there was another source of income from the entity, the source of the other income is listed instead of "NONE". If there was K-1 income and an additional source of income, both amounts were summed to determine the code for Column B.(1) and both types of income are noted in Column B.(2).

**NOTE 8**
Although there is an investment in this company, it is considered worthless. Therefore, there is no year-end value code reported in Column C.(1). However, since it is a Sentinel Capital portfolio company, it is deemed reportable. See Note 15 for more information.

**NOTE 9**
There is a limited partnership interest in this entity. Since neither the filer nor her spouse can "direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity", *Financial Disclosure Filing Instructions, page 35,* the assets held by the partnership are not reportable.

If the partnership had a capital call for an investment in a specific company, "ADDITIONAL INVESTMENT" is noted in Column D.(1). The name of the underlying company is not listed. Further, if the partnership either returned capital or sold one of its investments and returned funds to the reporting family, "DISTRIBUTION" is listed in Column D.(1). Neither the name of the underlying company nor the gain amount is listed.

The entity's K-1 is considered the source document for all income from this investment (including capital gains/losses). All K-1 activity was netted together and if greater than the required income threshold, included in Column B.(1) with Column B.(2) noting "K-1 DISTR". If the K-1 activity netted to a loss, then Column B.(1) was left blank and "NONE" was included in Column B.(2).

**NOTE 10**
There are several Vestar and Sentinel Partnerships (See Lines 329-331 and 373-375 in Section VII) and a Centerview Capital Partnership (See Line 322 in Section VII). The portfolio companies that the Partnerships own are all listed separately on this report because the filer's spouse could potentially "direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity," *Financial Disclosure Filing Instructions, page 35.*

In Vestar III, IV and V and Sentinel II, III and IV, there is both a limited partner (LP) and general partner (GP) interest (each interest is housed in a different partnership). For purposes of this report, the K-1 information for the LP/GP interests of each Fund is combined and included on one line. This approach matches the way the Funds' portfolio companies are included on this report (the GP/LP interests are both included when determining the value code for Column C.(1)).

Each year, there is a K-1 from each of the partnerships. The K-1s summarize all of the ordinary income (loss), portfolio income, capital gains/losses, etc., for all of the underlying companies. To avoid double counting, if an underlying company was sold, the capital gain/loss is included on the line where the actual company is listed and is excluded from the K-1 income reported in Column B.(1) for each of the partnerships.

The remaining K-1 items were netted together. If the net amount was larger than the required income threshold, that amount was included in Column B.(1) with Column B.(2) noting "K-1 DISTR". If the K-1 activity netted to a loss, then "NONE" is included in Column B.(2). As a result, since all K-1 activity is accounted for at the partnership level, the underlying companies which are listed separately do not show any income in Column B.(1) (unless there is an item that is not included on the K-1).

For the Vestar, Sentinel and Centerview Partnerships, there are no year end market values reported in Column C.(1) because the value of the Partnerships' portfolio companies are listed separately on this report.

**NOTE 11**
This Partnership was dissolved and its final K-1 issued in 2010. Therefore, there is no 12/31/2010 value code noted in Column C.(1).

**NOTE 12**
This company was either written off or sold in a prior year. Therefore, there is no year end value reported in Column C.(1).

## NOTE 13

The filer's spouse is the sole shareholder of this S corporation. The company's assets are limited to office furniture, office equipment, a checking account, a money market account and a limited partnership interest in Hawk which is listed separately on this report (See Line 444 in Section VII). The value used to determine the year-end valuation code was the checking/money market account balances plus the office furniture and equipment balance (less accumulated depreciation).

## NOTE 14

This company's 2010 K-1 was not received by the May 15, 2011 Disclosure Report filing deadline. Therefore, the company's income has been estimated. Once the actual K-1 is received, if the income code based on the actual K-1 differs from the code reported in this report, a letter explaining the difference will be filed with the Committee.

## NOTE 15

This investment is made through either a Vestar, a Sentinel or the Centerview Partnership (See Lines 329-331, 373-375 and 322 in Section VII). Since the filer's spouse could potentially "direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity", *Financial Disclosure Filing Instructions, page 35*, the partnership's assets must be listed separately on this report. As a result, this company is reportable.

All transactions (investments, sales and related gain/(loss), distributions, etc.) are reported for the company. Any K-1 income (excluding gain/(loss) on sales) attributable to the company, however, is included in the partnership's line. If income was received separate from the K-1, it is recorded on the portfolio company's line in Column B. See Note 10 for more information.

## NOTE 16

Neither the income nor the cash balance at year-end met the threshold for reporting. However, since the cash account is associated with a reportable investment that is listed separately on this report, the account is deemed reportable.

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, KIMBA M. | 5/11/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ KIMBA M. WOOD

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544